UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ZION ALEXANDER,

                Plaintiff,                            **OPINION & ORDER**
                                                                   No. 25-CV-1205
      v.                                                  (Gujarati, J.)
                                                                     (Marutollo, M.J.)
THE CITY OF NEW YORK; PATRICIA (PATSY)
YANG; OFFICER FALK; JOHN and JANE
DOES 1-4,
                Defendants,
----------------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

      Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted. ECF No. 2.

      The Clerk of Court is directed to issue summonses against the City of New York, New York City Department of Correction employees Patricia "Patsy" Yang and Correction Officer Ms. Falk. Dkt. No. 1 at 2. The United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon the named defendants without prepayment of fees.

      Plaintiff also names four Doe defendants. Pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the Court respectfully directs the Office of the Corporation Counsel for the City of New York ("Corporation Counsel") to ascertain the full names and service addresses of the John and Jane Doe defendants involved in the incidents alleged in the complaint. Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiff may name and properly serve the defendants as instructed by the Second Circuit in *Valentin*. The information shall be provided in a letter filed with the Court within 60 days from the date of this Order.

The Clerk of Court is also directed to send a courtesy copy of the summons, complaint and this Order to the Corporation Counsel of the City of New York, Special Federal Litigation Division, and to send a copy of this Order to the *pro se* Plaintiff.

Dated: March 11, 2025
      Brooklyn, New York

                              **SO ORDERED.**

                              */s/ Joseph A. Marutollo*
                              JOSEPH A. MARUTOLLO
                              United States Magistrate Judge