UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ZION ALEXANDER,

                      Plaintiff,                                  **ORDER**
                                                                                  No. 25-CV-1205
      v.                                               (Gujarati, J.)
                                                                                 (Marutollo, M.J.)

THE CITY OF NEW YORK; PATRICIA (PATSY)
YANG; OFFICER FALK; JOHN and JANE
DOES 1-4,
                    Defendants,
-------------------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

        On March 12, 2025, the Court ordered Defendant City of New York to ascertain the full names and service addresses of the John Doe Defendants as set forth in the Complaint pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997) *(per curiam)*. Dkt. No. 6. By letter dated May 12, 2025, Defendant City of New York informed the Court that the following individuals and services addresses are those implicated by the Complaint:

    1.    Correctional Officer Kaseem Martin, Shield No. 3162
           New York City Department of Correction
           Otis Bantum Correctional Center (OBCC)
           16-00 Hazen Street
           East Elmhurst, NY 11370

    2.    Correctional Officer Haden Wilkinson, Shield No. 9005
           New York City Department of Correction
           Otis Bantum Correctional Center (OBCC)
           16-00 Hazen Street
           East Elmhurst, NY 11370

    3.    Correctional Officer Keston Williams, Shield No. 14897
           New York City Department of Correction
           Otis Bantum Correctional Center (OBCC)
           16-00 Hazen Street
           East Elmhurst, NY 11370

    4.    Daphne Herard, MH Prof
           New York City Health + Hospitals
           c/o G. Renee Tarver 49-04 19th Avenue, 1st Floor

        Astoria, New York 11105

5.     Ingrid Rachell Laboriel-Myrie, LMSW
       New York City Health + Hospitals
       c/o G. Renee Tarver
       49-04 19th Avenue, 1st Floor
       Astoria, New York 11105

6.     Gloria Ihenacho, M.D.
       New York City Health + Hospitals
       c/o G. Renee Tarver 49-04
       19th Avenue, 1st Floor
       Astoria, New York 11105

7.     Sr. VP Patricia Yang
       New York City Health + Hospitals
       c/o G. Renee Tarver
       49-04 19th Avenue, 1st Floor
       Astoria, New York 11105

Dkt. No. 11 at 2-3.

       The Clerk of the Court is directed to prepare the necessary papers to have the above-named Defendants served with process at the corresponding addresses. The United States Marshals Service is directed to serve copies of the Complaint is directed to serve the summons, Complaint, and a copy of this Order upon the named Defendants without prepayment of fees. The Clerk of the Court shall also update the docket to list the aforementioned seven individuals as defendants in place of the "John Doe Officers."

       Counsel further informed the Court that the Department of Corrections cannot identify the individual named "Officer Falk" in the Complaint. Dkt. No. 11 at 3. Counsel thus requests that the Court "direct plaintiff to provide any additional information he may have with respect to 'Officer Falk,' including a first name, shield number, and/or a physical description[.]" *Id.* at 3.

       Plaintiff is therefore ordered to provide any additional information he possesses concerning "Officer Falk," including a first name, shield number, and physical description, including the

alleged officer's race, gender, approximate height, and approximate weight. Plaintiff shall file a letter providing any pertinent information to Defendants and the Court by May 30, 2025.

Defendants shall serve a copy of this Order on Plaintiff and file proof of service on the docket by May 14, 2025.

Dated: May 13, 2025  
       Brooklyn, New York

**SO ORDERED.**

*/s/ Joseph A. Marutollo*  
JOSEPH A. MARUTOLLO  
United States Magistrate Judge